# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2237
L.T. Case No. 2022-CF-000841-A

_____

ANNABELLE R. LAGIGLIA,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Timothy Thomas McCourt, Judge.

Matthew J. Metz, Public Defender, and Brian Matthew Hyer, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Richard Alexander Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.

February 24, 2026

PER CURIAM.

    AFFIRMED.

SOUD, KILBANE, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____